Appeal of **JOPLIN NATIONAL BANK.**        Docket No. 888.

Submitted January 28, 1925; decided February 10, 1925.

*Mr. A. H. Waite*, president of Joplin National Bank, for the taxpayer. ,

*W. Frank Gibbs, Esq.* (Nelson T. Hartson, Solicitor of Internal Revenue) for the Commissioner.

Before JAMES, STERNHAGEN, and TRAMMELL.

This appeal is submitted on the taxpayer's petition and the Commissioner's answer.

### FINDINGS OF FACT.

The taxpayer is a corporation doing business in the city of Joplin, Mo. During the year 1920 it made certain contributions to civic organizations as follows:

1. To the Ozark Playgrounds Association_____ $320
2. To the Thrift Week Campaign_____ 30
3. To the Sewer Bond Campaign_____ 20

These contributions the taxpayer seeks to deduct from its taxable income for the year 1920 as ordinary and necessary business expenses.

### DECISION.

The determination of the Commissioner is approved.